UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HOPKINS,

          NO. CIV. S-06-1706 LKK/KJM

    Plaintiff,

  v.                               O R D E R

PRAVINKUMAR N. PATEL and
KALAVATI P. PATEL, individually,
and dba BUDGET INN OF CHICO, and
DOES ONE through FIFTY, inclusive,

    Defendants.
_____/

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final

1

1 judgment.

2      IT IS ORDERED that any hearing dates currently set before the
3 undersigned are **VACATED**.

4      IT IS FURTHER ORDERED that the Clerk of the Court reassign
5 this case to the Honorable Kimberly J. Mueller.  All future
6 documents filed in the above-captioned case shall reference the
7 following case number:  No. CIV. S-06-1708 KJM.

8      DATED: September 29, 2006

9                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
10                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
11

12     Having also reviewed the file, I accept reference of this case
13 for all further proceedings and entry of final judgment.

14     DATED: September 29, 2006.

16                              _____
17                              UNITED STATES MAGISTRATE JUDGE

2