**Jason K. Singleton,** State Bar #166170
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**

**Attorney for Plaintiff, JOHN HOPKINS**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HOPKINS,** | Case No. 2:06-cv-1706 KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **PRAVINKUMAR N. PATEL and KALAVATI P. PATEL**, individually, and dba **BUDGET INN OF CHICO,** | |
| Defendants. | |

Plaintiff **JOHN HOPKINS** and Defendants **PRAVINKUMAR N. PATEL and KALAVATI P. PATEL**, dba **BUDGET INN OF CHICO** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: December 14, 2006            Dated: December 12, 2006
**SINGLETON LAW GROUP**            **CORFEE STONE & ASSOCIATES**

  /s/ Jason K. Singleton                /s/ Catherine M. Corfee
Jason K. Singleton, Attorney for      **Catherine M. Corfee**, Attorney for Defendants
Plaintiff, **JOHN HOPKINS**            **PRAVINKUMAR N. PATEL and KALAVATI**

**P. PATEL, dba Budget Inn**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action **JOHN HOPKINS vs. PRAVINKUMAR N. PATEL and KALAVATI P. PATEL** et al., Case Number **06-cv-1706-KJM**, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

DATED: December 14, 2006.

_____
U.S. MAGISTRATE JUDGE